**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

Date Submitted: March 9, 2018
Date Decided: March 16, 2018

Rodger D. Smith II, Esquire
Ryan D. Stottmann, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801

Kathleen Furey McDonough, Esquire
John A. Sensing, Esquire
Ryan C. Cicoski, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19801

Re: *The Dow Chemical Company et al. v. Organik Kimya Holdings, A.S. et al.*, Civil Action No. 12090-VCG

Dear Counsel:

For the reasons stated at the conclusion of oral argument on March 9, 2018, the Plaintiffs' Motion to Compel Discovery is granted and the discovery stay is lifted.

To the extent the foregoing requires an Order to take effect, IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III